H. CLAY PIERCE, Respondent, v. JOHN H. KIRBY, Appellant.— Order modified as stated in order and as so modified affirmed, without costs to either party in this court or at Special Term, and with leave to plaintiff to withdraw the demurrers

as to defenses overruled, within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.